**SEALED**

**BY ORDER OF THE COURT**

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF HAWAII

FILED N THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 06, 2024, 9:07 am
Lucy H. Carrillo, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>              Defendants. | Case No.1:22-cr-00048-TMB-WRP<br><br>UNSEALED BY ORDER OF THE COURT<br>DATE: 2/17/2026, ECF No. 5,<br>MC 26-00010 SASP-KJM<br><br>ORDER GRANTING TANAKA'S SEALED *EX PARTE* MOTION FOR *IN CAMERA* REVIEW<br>**(DKT. 371)**<br><br>**\*\*FILED UNDER SEAL\*\*** |

On February 1, 2024, Defendant Sheri Jean Tanaka filed under seal an unopposed "*Ex Parte* Motion for *In Camera* Review; Declaration of Counsel; Certificate of Service" ("*Ex Parte* Motion").[1]

Under Hawaii Local Criminal Rule ("Local Rule") 12.2(a)(1), "[t]he [C]ourt may decide all matters, including motions and appeals, with or without a hearing unless a hearing is specifically required." The parties have been notified of the subject matter of the *Ex Parte* Motion and have been allowed an opportunity to respond. Having reviewed the *Ex Parte* Motion, the Court finds there is good cause

---

[1] Dkt. 371 (*Ex Parte* Motion).

1

to grant Tanaka's *Ex Parte* Motion because the materials submitted to the Court for *in camera* review contain sensitive and confidential information.

THEREFORE, the Court GRANTS Tanaka's *Ex Parte* Motion. Tanaka may file the materials under seal for *in camera* review according to Local Rule 10.2 governing *in camera* submissions.

IT IS SO ORDERED.

Dated at Anchorage, Alaska, this 5th day of February, 2024.

/s/  Timothy M. Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE